IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MARKKIS PORSCHE SONIER,** | 2:24-cv-02511-SCR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO OPT OUT OF POST-SCREENING ADR** |
| **v.** | |
| **M. SINGH, et al.,** | |
| Defendants. | |

On April 30, 2026, defendants filed a motion to opt out of Post-Screening Alternative Dispute Resolution Program. ECF No. 20. Good cause appearing, Defendants' motion is GRANTED. It is hereby ORDERED that the ADR stay of this case imposed by the Court's March 17, 2026, Order Referring Case to Post-Screening ADR Project and Staying Case (ECF No. 19), is LIFTED. The undersigned will issue a discovery and scheduling order in due course.

Dated: May 1, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:24-cv-02511-SCR)